IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| TRACY LEROY SITES, | ) | |
| | ) | |
| Defendant. | ) | |

Bryan Kruse has filed a motion to refund bond money to him (filing 38).

IT IS ORDERED that the defendant and the government shall file an objection to Bryan Kruse's motion on or before November 7, 2005, if they have an objection to return the bond money to Bryan Kruse. If no objection(s) are filed, the bond money will be returned to Bryan Kruse.

October 24, 2005.                           BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge